■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO FONSECA, Appellant. [624 NYS2d 924] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Geischwerz, J.), rendered September 29, 1993, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO FONSECA, Appellant. [624 NYS2d 925] —Application by the defendant pursuant to CPL 460.30 to extend his time to take an appeal from a judgment of the Supreme Court, Kings County, rendered September 29, 1993. We have treated a late notice of appeal filed November 16, 1993, as an application for this relief.

Ordered that the application is granted, the defendant's time to take an appeal from the judgment is extended, and the defendant's notice of appeal filed November 16, 1993, is deemed a timely notice of appeal from the judgment. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.